No. A-CR-02-80

## COURT OF APPEALS OF THE NAVAJO NATION

November 25, 1980

Alex CARTY, Appellant,

vs.

THE NAVAJO NATION, Appellee.

ORDER

William Perry, Esq., Prosecutor Office, Window Rock, Navajo Nation (Arizona) for Appellee and John Chapela, Esq., Chapela, Chato and Hale, Window Rock, Navajo Nation (Arizona), for Appellant.

IT IS HEREBY ORDERED that the decision rendered by the Chinle District Court against Alex Carty is hereby reversed because of a sufficient lack of credible evidence to bring the facts and law out of the realm of sustaining the burden of proof by leaving the matter such that men can have as reasonable doubt herein.